UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br><br>　　　　Plaintiff,<br>　v.<br>CUAUHTEMOC BARRON, MOHAMMED VAHDATPOUR, CHRISTINE VAHDATPOUR, and DOES 1-50, et al.,<br><br>　　　　Defendants.<br>_____/ | No. 3:14-cv-03320-LB<br><br>**ORDER TO SHOW CAUSE** |

This is an ADA case that is subject to the case-management deadlines set forth in this district's General Order 56. The plaintiff filed a Second Amended Complaint on April 6, 2015. The plaintiff filed a proof of service, but no defendant has appeared (except that one defendant acknowledged service). Nothing on the docket suggests any activity that is required by General Order 56 (such as a joint site inspection or a "Notice of Need for Mediation"). (*See* General Order 56 ¶¶ 3, 6.) Under the circumstances, the court orders the plaintiff to show cause in writing by September 29, 2015 why this action should not dismissed without prejudice for his failure to prosecute it. The response must include any request for a change in the scheduling order at ECF No. 4 and include the plaintiff's plan for proceeding in the case.

**IT IS SO ORDERED.**

Dated: September 10, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge